1  Robert A. Spanner, Esq., State Bar No. 60308
2  TRIAL & TECHNOLOGY LAW GROUP
   A Professional Law Corporation
3  545 Middlefield Road, Suite 220
   Menlo Park, California 94025
4  Telephone:    (650) 324-2223
   Facsimile:    (650) 324-0178
5

6  Attorneys for Defendants
   DIGITAL VIDEO SYSTEMS, INC.,
7  DOUGLAS WATSON and MALI KUO

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 GLENBROOK CAPITAL LIMITED        )  Case No. C 07-02377 MJJ
   PARTNERSHIP,                     )
13                                  )  **STIPULATION AND [PROPOSED]**
                                    )  **ORDER REGARDING FILING OF**
14              Plaintiffs,         )  **PLAINTIFF'S FIRST AMENDED**
                                    )  **COMPLAINT AND DEFENDANTS'**
15      vs.                         )  **RESPONSE THERETO**
                                    )  **(Civ. L.R. 6-2)**
16 MALI KUO, *et al.*,              )
                                    )
17              Defendants.         )
18 _____ )

19

20      Pursuant to Civ. L.R. 6-2(a), Plaintiff Glenbrook Capital Limited Partnership

21 ("Plaintiff") and Defendants Digital Video Systems, Inc., Douglas Watson and Mali Kuo

22 (collectively "Defendants"), by and through their respective counsel, stipulate and agree as

23 follows:

24      In light of the Court's Order Granting In Part and Denying In Part Defendants' Motion

25 To Dismiss entered September 6, 2007, the parties stipulate and agree that:

26

27
   _____
28 Stip. Re Filing 1st Am. Complaint and Resp. –
   Case No. C 07-02377 MJJ                    1

1. Plaintiff Glenbrook Capital Limited Partnership ("Glenbrook") shall file its Amended Complaint by October 9, 2007; and

2. Defendants Digital Video Systems, Inc., Douglas Watson and Mali Kuo shall file their response to Plaintiff's Amended Complaint no later than 30 days after Glenbrook files its Amended Complaint.

Dated: 9/20/2007

KERR & WAGSTAFFE, LLP
Attorneys for Plaintiff
GLENBROOK CAPITAL LIMITED PARTNERSHIP

By: /s/ Adrian Sawyer
   Adrian Sawyer

Dated: 9/20/2007

TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
Attorneys for Defendant
DIGITAL VIDEO SYSTEMS, INC.,
DOUGLAS WATSON and MALI KUO

By: /s/ Robert A. Spanner
   Robert A. Spanner

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 09/28/07

UNITED STATES DISTRICT JUDGE

Judge Martin J. Jenkins

Stip. Re Filing 1st Am. Complaint and Resp. –
Case No. C 07-02377 MJJ                                2