1  Robert A. Spanner, Esq., State Bar No. 60308
2  TRIAL & TECHNOLOGY LAW GROUP
   A Professional Law Corporation
3  545 Middlefield Road, Suite 220
   Menlo Park, California 94025
4  Telephone:    (650) 324-2223
   Facsimile:    (650) 324-0178
5

6  Attorneys for Defendants
   DIGITAL VIDEO SYSTEMS, INC.,
7  DOUGLAS WATSON and MALI KUO

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 GLENBROOK CAPITAL LIMITED          )   Case No. C 07-02377 JSW
   PARTNERSHIP,                       )
13                                    )
                                      )   **STIPULATION AND [PROPOSED]**
14        Plaintiffs,                 )   **ORDER EXTENDING DATE TO**
                                      )   **RESPOND TO PLAINTIFF'S SECOND**
15    vs.                             )   **AMENDED COMPLAINT**
                                      )   **(Civ. L.R. 6-1, 6-2)**
16 MALI KUO, et al.,                  )
                                      )
17        Defendants.                 )
                                      )
18 _____    )

19

20      Pursuant to Civ. L.R. 6-1(b) and 6-2(a), Plaintiff Glenbrook Capital Limited Partnership

21 ("Plaintiff") and Defendants Digital Video Systems, Inc., Douglas Watson and Mali Kuo

22 (collectively "Defendants"), by and through their respective counsel, stipulate and agree as

23 follows:

24      In light of the Court's April 3, 2008 Order Granting In Part and Denying In Part

25 Defendants' Motion To Dismiss , the parties stipulate and agree that:

26

27
   _____
28 Stip. To Extend Time to Respond to Amend.
   Complaint – Case No. C 07-02377 JSW        1

1) Plaintiff shall file its Second Amended Complaint by May 19, 2008; and

2) Defendants Digital Video Systems, Inc., Douglas Watson and Mali Kuo shall file their response to Plaintiff's Second Amended Complaint no later than 30 days after Plaintiff files its Second Amended Complaint.

Dated: 4/21/08

KERR & WAGSTAFFE, LLP
Attorneys for Plaintiff
GLENBROOK CAPITAL LIMITED PARTNERSHIP

By: /s/ Adrian Sawyer
     Adrian Sawyer

Dated: 4/21/08

TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
Attorneys for Defendants
DIGITAL VIDEO SYSTEMS, INC.,
DOUGLAS WATSON and MALI KUO

By: /s/ Robert A. Spanner
     Robert A. Spanner

Stip. To Extend Time to Respond to Amend.
Complaint – Case No. C 07-02377 JSW    2

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Adrian Sawyer.

Dated: 4/21/08

TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
Attorneys for Defendants
DIGITAL VIDEO SYSTEMS, INC.,
DOUGLAS WATSON and MALI KUO

By: /s/ Robert A. Spanner
    Robert A. Spanner

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 22, 2008

_____
UNITED STATES DISTRICT COURT JUDGE
(signed: Jeffrey S. White)

Stip. To Extend Time to Respond to Amend.
Complaint – Case No. C 07-02377 JSW      3