Robert A. Spanner, Esq., State Bar No. 60308
TRIAL & TECHNOLOGY LAW GROUP
A Professional Law Corporation
545 Middlefield Road, Suite 220
Menlo Park, California 94025
Telephone:    (650) 324-2223
Facsimile:    (650) 324-0178

Attorneys for Defendants
DIGITAL VIDEO SYSTEMS, INC.,
DOUGLAS WATSON and MALI KUO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENBROOK CAPITAL LIMITED PARTNERSHIP,<br><br>    Plaintiffs,<br><br>vs.<br><br>MALI KUO, *et al.*,<br><br>    Defendants.<br>_____ | Case No. C 07-02377 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br>**(Civ. L.R. 6-1, 6-2)** |

Pursuant to Civ. L.R. 6-1(b) and 6-2(a), Plaintiff Glenbrook Capital Limited Partnership ("Plaintiff") and Defendants Digital Video Systems, Inc., Douglas Watson and Mali Kuo (collectively "Defendants"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS Defendants' response to Plaintiff's Second Amended Complaint is presently due no later than June 18, 2008, and

_____
Stip. To Extend Time to Respond to Amend.
Complaint – Case No. C 07-02377 JSW              1

WHEREAS due to the unavailability of the principal attorney assigned to briefing in this case for almost a month due to vacation schedules, Defendants request an additional two weeks to respond to Plaintiff's Second Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by the parties that Defendants Digital Video Systems, Inc., Douglas Watson and Mali Kuo shall file their response to Plaintiff's Second Amended Complaint no later than July 3, 2008.

This Stipulation is not requested for purposes of delay. The case is not yet at issue, and the initial case management conference has not been held.

The following time modifications have been made in this case:

- on June 13, 2007 Defendant DVS moved for an order extending until July 19, 2007 the date by which DVS was required to respond Plaintiff's original complaint, which order was granted by the Court on June 20, 2007

- on July 5, 2007 Defendants Kuo and Watson moved for an order extending until July 19, 2007 the date by which they were required to respond Plaintiff's original complaint, which order was granted by the Court on July 11, 2007

- the parties previously stipulated that the Case Management Conference be continued two months from its originally-scheduled date of August 29, 2007, which the Court ordered on August 27, 2007

- following the Court's issuance of its Order granting in part and denying in part Defendants' motion to dismiss the original Complaint, the parties stipulated to an additional continuation of the Case Management Conference, which resulted in the

1    Court's October 3, 2007 Order setting the Case Management Conference date for
2    December 18, 2007
3    • on November 13, 2007 Defendants moved to extend the Case Management Conference,
4    and on November 26, 2007 the Court issued a Clerk's Notice setting the Case
5    Management Conference on January 22, 2008. On December 14, 2007, the Court issued
6    a Clerk's Notice Rescheduling Hearing, setting the Case Management Conference on
7    March 11, 2008
8    • on February 15, 2008 Defendants moved to continue the Case Management Conference.
9    On February 21, 2008 the Court issued a Clerk's Notice vacating the Case Management
10   Conference, and then on February 25, 2008 granted Defendants' motion and scheduled
11   the Case Management Conference for May 13, 2008. On April 7, 2008 the case was
12   reassigned to this Court, and the Case Management Conference was vacated in the
13   Reassignment Order
14   • on April 21, 2008 the parties submitted a stipulation and proposed order to permit
15   Plaintiff to file its Second Amended Complaint by May 19, 2008 and to permit
16   Defendants to file their response thereto no later than 30 days thereafter. The Court
17   granted the parties' stipulation and entered an Order on April 22, 2008.

By entering into this Stipulation, neither Plaintiff nor Defendants waive any rights, claims or defenses it or they might have in this action. This Stipulation constitutes the entire agreement among the parties, and may be signed in counterparts and/or by facsimile. The

_____
Stip. To Extend Time to Respond to Amend.
Complaint – Case No. C 07-02377 JSW                 3

undersigned hereby consent to the terms set forth in this Stipulation.

Dated: June 6, 2008

KERR & WAGSTAFFE, LLP
Attorneys for Plaintiff
GLENBROOK CAPITAL LIMITED PARTNERSHIP

By: /s/ Adrian Sawyer
    Adrian Sawyer

Dated: June 6, 2008

TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
Attorneys for Defendants
DIGITAL VIDEO SYSTEMS, INC.,
DOUGLAS WATSON and MALI KUO

By: /s/ Robert A. Spanner
    Robert A. Spanner

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Adrian Sawyer.

Dated: June 6, 2008

TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
Attorneys for Defendants
DIGITAL VIDEO SYSTEMS, INC.,
DOUGLAS WATSON and MALI KUO

By: /s/ Robert A. Spanner
    Robert A. Spanner

Stip. To Extend Time to Respond to Amend.
Complaint – Case No. C 07-02377 JSW      4

1
2 **ORDER**

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4
5
6 Dated: ___June 9, 2008_____  _____*Jeffrey S. White*_____
   UNITED STATES DISTRICT COURT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 _____
Stip. To Extend Time to Respond to Amend.
Complaint – Case No. C 07-02377 JSW           5