IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLENBROOK CAPITAL LIMITED
PARTNERSHIP,

    Plaintiff,

  v.

MALI KUO, ET AL.,

    Defendants.

No. C 07-02377 JSW

**ORDER**

In considering Defendants' motion to dismiss the second amended complaint, the Court would be greatly assisted by the submission of a side-by-side comparison of the relevant portions, or a redline version, of the second amended consolidated complaint, filed on May 19, 2008, and the first amended complaint, filed on October 9, 2007.  Therefore, IT IS HEREBY ORDERED that Plaintiff shall submit such a comparison, preferably a redline version, of the two complaints by no later than 9:30 a.m. on September 4, 2008.

**IT IS SO ORDERED.**

Dated: September 3, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE