1  Robert A. Spanner, Esq., State Bar No. 60308
2  TRIAL & TECHNOLOGY LAW GROUP
   A Professional Law Corporation
3  545 Middlefield Road, Suite 220
   Menlo Park, California 94025
4  Telephone:    (650) 324-2223
   Facsimile:    (650) 324-0178
5
6  Attorneys for Defendants
   DIGITAL VIDEO SYSTEMS, INC.,
7  DOUGLAS WATSON and MALI KUO

8

9                  UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| GLENBROOK CAPITAL LIMITED PARTNERSHIP, | Case No. C 07-02377 JSW |
| Plaintiffs, | [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' APPLICATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE** |
| vs. | |
| MALI KUO, *et al.*, | |
| Defendants. | |

Upon the motion of Defendants Mali Kuo, Douglas Watson and Digital Video Systems, Inc. (collectively "Defendants") for an order relieving them from the case management schedule issued in this case, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

Defendants' motion is GRANTED. The Amended Case Management Schedule attached hereto shall be the Amended Order Setting Initial Case Management Conference

---
Order Granting Mot. For Relief from
CMC Schedule – Case No. C 07-02377 JSW          1

1  and ADR Deadlines for this case.

4  Dated: September 22, 2008         /s/ Jeffrey S. White
5                                    UNITED STATES DISTRICT COURT JUDGE

28
_____
Order Granting Mot. For Relief from
CMC Schedule – Case No. C 07-02377 JSW         2