Robert A. Spanner, Esq., State Bar No. 60308
TRIAL & TECHNOLOGY LAW GROUP
A Professional Law Corporation
545 Middlefield Road, Suite 220
Menlo Park, California 94025
Telephone:    (650) 324-2223
Facsimile:    (650) 324-0178

Attorneys for Defendants
DIGITAL VIDEO SYSTEMS, INC.,
DOUGLAS WATSON and MALI KUO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENBROOK CAPITAL LIMITED PARTNERSHIP,<br><br>     Plaintiffs,<br><br>vs.<br><br>MALI KUO, *et al.*,<br><br>     Defendants.<br>_____ | Case No. C 07-02377 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE |

Upon the motion of Defendants Mali Kuo, Douglas Watson and Digital Video

Systems, Inc. (collectively "Defendants") for an order relieving them from the case

management schedule issued in this case, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

Defendants' motion is GRANTED. The Amended Case Management Schedule

attached hereto shall be the Amended Order Setting Initial Case Management Conference

---

Order Granting Mot. For Relief from
CMC Schedule – Case No. C 07-02377 JSW                1

1  and ADR Deadlines for this case.
2
3
4
5  Dated: November 14, 2008
6
   UNITED STATES DISTRICT COURT JUDGE

Order Granting Mot. For Relief from
CMC Schedule – Case No. C 07-02377 JSW          2